CARLIE CHRISTENSEN, Acting United States Attorney (#633)
MICHAEL KENNEDY, Assistant United States Attorney (#8759)
Attorneys for the United States of America
185 South State Street, Suite 300 • Salt Lake City, Utah  84111
Telephone:  (801) 524-5682 • Facsimile:  (801) 325-3387
e-mail: michael.kennedy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:09 CR 842 TS |
| Plaintiff, | : | |
| vs. | : | RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO TRAVEL |
| JOSEPH PETER MOESSER, | : | |
| Defendant. | | Judge Ted Stewart<br>Magistrate Judge David O. Nuffer |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby responds in opposition to defendant's motion to travel, averring that granting the motion would present an unmanageable risk of non-appearance, and requests a hearing on the motion.  The government notes that

the defendant has accurately stated the government's position in his motion.

DATED: February 5, 2010.

                              CARLIE CHRISTENSEN
                              Acting United States Attorney


/s/ *Michael Kennedy*
_____
MICHAEL P. KENNEDY
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing was caused to be served on all persons named below, either by electronic filing notice, e-mail, U.S. Mail (postage prepaid), or hand delivery, on February 5, 2010.


Rebecca Hyde Skordas
Greg Skordas
Attorneys for Joseph Peter Moesser


Greg Peterson
United States Pretrial Services Officer



/s/ *Michael Kennedy*
_____