Case 2:09-cr-00842-TS    Document 20    Filed 02/17/10    PageID.47    Page 1 of 1



# SCI ONLINE RECORD BOOK
## FIRST FOR HUNTERS

HOME
MY ACCOUNT
LOGOUT
RESOURCES
SCI HOME

BROWSE BY: — Choose One —    WORLD HUNTING AWARDS    WHERE DO I RANK    KEYWORD SEARCH

Logged in as: Joseph (Pete) Moesser

Trijicon' Brilliant Aiming Solutions™

**Member Detail - Joseph "Pete" Moesser**

Return to Previous Page

Click on the magnify icon to view the score sheet detail and photo (if available). You can click on any column name to sort by that column, and can filter the records by choosing different options in the drop downs below.

(MOK = Method of Kill, OR = Overall Rank, MR = MOK Rank)
(MOK Legend: R = Rifle, H = Handgun, M = Muzzleloader, B = Bow & Arrow, C = Crossbow, D = Darted, P = Harpoon)

Select a Method of Kill: — All Methods —    All Records    Go

‹ Previous    Records 1-26 of 26    Next ›

| Species | Taken | Location | Guide/Outfitter | Measurer | MOK | Score ↗ | OR | MR |
|---|---|---|---|---|---|---|---|---|
| Red Deer | 03/2004 | Argentina, Neuquen | See Argentina | Ben Seegmiller | R | 271 1/8" | 105 | 101 |
| Red Deer (free range) | 08/2008 | N.Z., S.I., Wanaka | Teleford Fishing & Hunting / Gerald Telford | Ben Seegmiller | R | 261 3/8" | 25 | 2 |
| European Fallow Deer | 04/2005 | Argentina, Belgrano | La Corona | Ben Seegmiller | M | 203 4/8" | 57 | 2 |
| Axis Deer (typical) | 03/2003 | Argentina, Buenos Aires | Rolonelo Nussbaum / Argentina Best Hunts | Ben Seegmiller | M | 126 1/8" | 105 | 102 |
| Hybrid Sheep | 04/2005 | Argentina, Belgrano | La Corona | Ben Seegmiller | M | 122 1/8" | 36 | 4 |
| Eastern Cape Greater Kudu | 04/2002 | R.S.A., Port Elizabeth | Eardley Rudman / Blaauwkrantz Safaris | Ben Seegmiller | R | 118 2/8" | 98 | 96 |
| Cape or Southern Buffalo | 05/2006 | Zimbabwe, Matetsi | Silwana | Ben Seegmiller | R | 108 4/8" | 190 | 188 |
| Siberian Ibex | 09/2007 | Mongolia, Hovd | Juulchin / Galkhuu Tudev | Ben Seegmiller | R | 104 6/8" | 55 | 55 |
| Cape Eland | 05/2006 | R.S.A., Port Elizabeth | Blaauwkrantz Safaris | Arthur Rudman | R | 102 3/8" | 49 | 45 |
| Water Buffalo | 06/2008 | Aust., N.T., Darwin | Mary River Australian Safaris / Ronnie | Ben Seegmiller | M | 98 1/8" | 143 | 7 |
| Kalahari Gemsbok (R.S.A., Botswana, Zimbabwe) | 04/2002 | R.S.A., Port Elizabeth | Eardley Rudman / Blaauwkrantz Safaris | Ben Seegmiller | R | 89 3/8" | 124 | 124 |
| Blue Wildebeest | 04/2002 | R.S.A., Port Elizabeth | Eardley Rudman / Blaauwkrantz Safaris | Ben Seegmiller | R | 83 4/8" | 82 | 74 |
| Water Buffalo | 04/2005 | Argentina, Belgrano | La Corona | Ben Seegmiller | M | 76 1/8" | 134 | 127 |
| Blackbuck | 05/2008 | Argentina, Buenos Aires | Wild Outdoor Adv. / Cliff Tulpa | Cliff Tulpa | M | 68 6/8" | 19 | 1 |
| Common Nyala | 05/2006 | R.S.A., Blaauwkrantz | Blaauwkrantz Safaris | Arthur Rudman | R | 63 1/8" | 140 | 20 |
| Blackbuck | 03/2003 | Argentina, Buenos Aires | Rolando Nusbaum / Argentina Best Hunts | Ben Seegmiller | R | 59 7/8" | 72 | 70 |
| Himalayan Tahr | 08/2008 | N.Z., S.I., Southern Alps | Gerald Telford | Ben Seegmiller | M | 43 4/8" | 40 | 6 |
| Blesbok | 04/2002 | R.S.A., Port Elizabeth | Eardley Rudman / Blaauwkrantz Safaris | Ben Seegmiller | R | 42 7/8" | 83 | 81 |
| Cape Bushbuck | 04/2002 | R.S.A., Port Elizabeth | Eardley Rudman / Blaauwkrantz Safaris | Ben Seegmiller | R | 35 7/8" | 99 | 99 |
| Hillier Goitered Gazelle | 09/2007 | Mongolia, Hovd | Juulchin / Galkhuu Tudev | Ben Seegmiller | M | 33 5/8" | 30 | 1 |
| Warthog | 05/2006 | Zimbabwe, Matetsi | Silwana | Ben Seegmiller | R | 31 13/16" | 163 | 158 |
| Common Grizzly Bear | 09/1998 | Alaska, Mulchatna | Mike Mroczynski / Wild Alaskan Guides | Ben Seegmiller | R | 25 13/16" | 28 | 27 |
| Capybara | 05/2009 | Argentina, Corrientes | See Argentina | Cliff Tulpa | R | 16 11/16" | 7 | 1 |
| Capybara | 05/2009 | Argentina, Corrientes | See Argentina | Joseph Pete Moesser | M | 14 5/16" | 42 | 8 |
| Cougar or Mountain Lion | 12/1996 | Utah, San Juan Co. | Jarrod Shelton / Chippean Guide and Outfitters | Ben Seegmiller | H | 14 3/16" | 28 | 22 |
| Southern Bush Duiker | 04/2002 | R.S.A., Port Elizabeth | Eardley Rudman / Blaauwkrantz Safaris | Ben Seegmiller | R | 12 2/16" | 82 | 81 |

‹ Previous    Records 1-26 of 26    Next ›

Return to Previous Page

©2007-2010 Safari Club International    Site Map

Powered By: Simpleview