CARLIE CHRISTENSEN, United States Attorney (#633)
MICHAEL KENNEDY, Assistant United States Attorney (#8759)
JOHN W. HUBER, Assistant United States Attorney (#7226)
Attorneys for the United States of America
185 South State Street, Suite 300 • Salt Lake City, Utah  84111
Telephone:  (801) 524-5682 • Facsimile:  (801) 325-3387
e-mail: michael.kennedy@usdoj.gov  •  john.huber@usdoj.gov

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:09 CR 842 TS |
| Plaintiff, | : | |
| vs. | : | RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE SUPERSEDING INDICTMENT |
| JOSEPH PETER MOESSER, | : | |
| Defendant. | | Judge Ted Stewart |

---

The United States of America, by and through the undersigned Assistant United States Attorney, hereby respectfully responds in opposition to Defendant's Motion to Dismiss the Superseding Indictment (Doc. 42).  Pursuant to the Court's Order dated May 26, 2010 (Doc. 34), the United States will file its Memorandum in Opposition not later than September 8, 2010 (28 days from the filing of

Defendant's motion).

    DATED:    August 23, 2010.

                              CARLIE CHRISTENSEN
                              United States Attorney

                              /s/ *Michael Kennedy*
                              _____
                              MICHAEL KENNEDY
                              Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing was caused to be served on all persons named below, either by electronic filing notice, U.S. Mail (postage prepaid), or hand delivery, on August 23, 2010.

Rebecca Hyde Skordas
Attorney for Joseph Peter Moesser
341 South Main Street, Ste. 303
Salt Lake City, UT 84111

/s/ *Michael Kennedy*
_____