United States Probation Office
for the District of Utah

# Request for International Travel

Name of Offender: **Joseph Peter Moesser**  Docket Number: **2:09-CR-00842-001-TS**

Name of Sentencing Judicial Officer:   **Honorable Ted Stewart**
                                       **Chief U.S. District Judge**

Date of Original Sentence: **April 15, 2011**

Original Offense: **Entry by False Pretense to any Real Property/Vessel/Aircraft**

Original Sentence:   **6 Months Probation**

Type of Supervision:   **Probation**            Supervision Began: **April 15, 2011**

## SUPERVISION SUMMARY

Mr. Moesser is requesting permission to travel to Madrid, Spain, between October 4, 2011 and October 16, 2011. He indicates the trip is for vacation and he will be traveling with his wife. It is important to note that Mr. Moesser has indicated, if his travel request is approved, he will not be transporting any firearms.

As the Court may recall, on October 1, 2009, Mr. Moesser, a ticketed passenger on Delta Airlines, entered into a secure area of the Salt Lake International Airport under fraud and false pretenses, in that he purposely concealed in his checked baggage dangerous items (ammunition) which he knew to be prohibited, with the expectation that the checked baggage would accompany him on the aircraft.

On April 15, 2011, following his conviction of Entry by False Pretense to any Real Property/Vessel/Aircraft, Mr. Moesser was sentenced to 6 months probation. He was assessed a $10 special assessment fee, which has been paid. In addition to the standard conditions of probation, Mr. Moesser was ordered to cooperate with the government by providing public service announcements to educate the public and others who may be engaged in similar criminal conduct, inform them of the federal criminal laws, the potential penalties, and the possibility of prosecution. Mr. Moesser was further ordered to complete 50 hours of community service.

Mr. Moesser has completed the 50 hours of community service and has shown compliance with the public service announcements by sending out a written announcement, approved by the United States Attorney's Office, to various hunting groups and television programs.

Mr. Moesser has been cooperative with the probation office. During his pretrial release supervision, he traveled internationally on two occasions without incident. Mr. Moesser's term of probation is scheduled to expire on October 19, 2011, three days after his scheduled return. Based on his compliance with previously authorized travel and his ties to the District of Utah, Mr. Moesser is not viewed as a flight risk and the probation office has no objection to Mr. Moesser's travel request. Contact with Assistant United States Attorneys Michael Kennedy and John Huber revealed they have no objection to Mr. Moesser's travel request either.

Joseph Peter Moesser
2:09-CR-00842-001-TS

If the Court desires more information or another course of action, please contact me at 801-535-2764.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Shelley Mangum
U.S. Probation Officer
Date: September 22, 2011

**THE COURT:**
[✓]  Approves the request noted above
[ ]  Denies the request noted above
[ ]  Other

_____
Honorable Ted Stewart
Chief U.S. District Judge

Date: 9/23/11